IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DAKOTA HOLT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE No. 4:22-cv-00165-WMR |
| 924 WEST, LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. The parties respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time they further request that the Court retain jurisdiction over this matter until fully resolved. In the event neither party moves to reopen this case within sixty (60) days, the parties request that the Court dismiss this case with prejudice at that time.

Dated: October 27, 2022.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC

1

        1123 Zonolite Road, N.E., Suite 7-B
        Atlanta, Georgia 30306
        Tel: (404) 365-4460
        Fax: (855) 415-2480
        craig@ehrlichlawoffice.com

        /s/Anandhi Rajan
        Anandhi Rajan
        Georgia Bar No. 592760
        Swift, Currie, McGhee & Hiers, LLP, LLC
        1355 Peachtree Street, N.W., Suite 300
        Atlanta, Georgia 30309
        Tel: (404) 888-6159
        Anandhi.Rajan@swiftcurrie.com

## CERTIFICATE OF SERVICE

I certify that on October 27, 2022, I filed the within and foregoing Notice of Settlement using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be served via electronic mail as follows:

Anandhi Rajan, Esq.
Swift, Currie, McGhee & Hiers, LLP, LLC
1420 Peachtree Street, N.W., Suite 800
Atlanta, Georgia 30309
Tel: (404) 888-6159
Anandhi.Rajan@swiftcurrie.com

        /s/Craig J. Ehrlich
        Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been

prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich
