IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DAKOTA HOLT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE No. 4:22-cv-00165-WMR |
| 924 WEST, LLC, | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

COMES NOW, DAKOTA HOLT, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), his Notice of Voluntary Dismissal With Prejudice. Plaintiff hereby requests that the instant matter be dismissed with prejudice, and without an award of fees or costs to either party.

Dated: November 9, 2022.

Respectfully submitted,

<u>/s/Craig J. Ehrlich</u>
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
craig@ehrlichlawoffice.com

## CERTIFICATE OF SERVICE

I certify that on November 9, 2022, I filed the within and foregoing Notice of Voluntary Dismissal with Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be delivered via electronic mail to the following counsel of record:

Anandhi Rajan, Esq.
Swift, Currie, McGhee & Hiers, LLP, LLC
1420 Peachtree Street, N.W., Suite 800
Atlanta, Georgia 30309
Anandhi.Rajan@swiftcurrie.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich